

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00130-CR
No. 02-20-00131-CR

———————————————

KORY RAY SHELBY, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 432nd District Court
Tarrant County, Texas
Trial Court Nos. 1472176D, 1503573D

Before Gabriel, Kerr, and Birdwell, JJ.
Memorandum Opinion by Justice Gabriel

## MEMORANDUM OPINION

Appellant Kory Ray Shelby attempts to file an out-of-time appeal from his felony convictions for assault involving a family or household member and for possession of cocaine. The trial court imposed the sentences on October 10, 2017; however, Shelby did not file his notices of appeal until September 10, 2020.

Our jurisdiction is invoked through a timely notice of appeal. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). If a notice of appeal is not timely filed, we may take no action other than to dismiss the appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam). Shelby filed his notices of appeal almost three years after his judgments of conviction were entered; thus, he has failed to invoke this court's jurisdiction. Accordingly, we dismiss Shelby's attempted appeals for want of jurisdiction.[1] *See* Tex. R. App. P. 43.2(f).

---

[1] Even if Shelby's notices had been timely filed, we would have no jurisdiction to consider his appeals. Shelby pleaded guilty to both offenses pursuant to a plea-bargain agreement with the State. Shelby does not attempt to complain of a ruling on a pretrial motion, the trial court's certifications reflect that the trial court did not grant Shelby permission to appeal, and no statute expressly authorizes these appeals. *See* Tex. Code Crim. Proc. Ann. art. 44.02; Tex. R. App. P. 25.2(a)(2), (d). Thus, we would have no jurisdiction to consider Shelby's appeals from his guilty pleas even if timely. *See Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

/s/ Lee Gabriel

Lee Gabriel
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  October 15, 2020